UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MAXWELL and JOSEPH PATITO,

Plaintiff(s),

v.

PRIME DATA CENTERS, LLC, DATA REALTY HOLDINGS CORP., NICHOLAS LAAG and ULRICH PELZ,

Defendant(s).

26 Civ. 4493 (PKC)

ORDER

CASTEL, United States District Judge.

This an action brought by two individuals who allege that they were deprived of compensation due them under their employment agreements, which they characterize as "a scheme to strip employees of their contractually owed compensation." The Complaint spans 48 pages and 241 paragraphs. It asserts claims against four defendants for breach of contract, promissory estoppel, unjust enrichment, quantum meruit, breach of the covenant of good faith and fair dealing, violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962, fraudulent transfer of assets in violation of New York Debtor and Creditor Law ("DCL") § 273(a)(1), and a declaratory judgment of one defendant's alter ego status.

Defendants have submitted a pre-motion letter (ECF 16), which has been responded to by plaintiffs (ECF 19). The sufficiency of any claim will be decided based on full briefing. There is, however, a threshold pleading deficiency that the Court will address at this juncture.

The Court's review of the Complaint, aided by the submissions of the parties, reveals that it does comply with Rule 8's commands that it present "a short and plain statement of the claim showing that the pleader is entitled to relief" and that "[e]ach allegation must be simple, concise, and direct." Rule 8(a)& (d), Fed. R. Civ. P. It is a prolix pleading. "Unnecessary prolixity in a pleading places an unjustified burden on the court and the party who must respond to it because they are forced to select the relevant material from a mass of verbiage." Salahuddin v. Cuomo, 861 F.2d 40, 42 (2d Cir. 1988) (quoting 5 C. Wright & A. Miller, Federal Practice and Procedure § 1281, at 365 (1969).)

The Court now affords the plaintiffs the opportunity to correct this deficiency by filing an amended pleading within 21 days of this Order.

The September 1, 2026 conference is VACATED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
August 20, 2026