Littler

**Littler Mendelson, P.C.**
900 Third Avenue
New York, New York 10022.3298

William J. Anthony
Shareholder
212.471.4404 direct
212.583.9600 main
wanthony@littler.com

August 20, 2026

September 1, 2026 conference VACATED.
SO ORDERED.
Dated: 8/21/2026

P. Kevin Castel
United States District Judge

**VIA ECF**

Hon. P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re:** ***James Maxwell and Joseph Patito v. Prime Data Centers, LLC, Data Realty Holdings Corp., Nicholas Laag and Ulrich Pelz***
**Case No. 1:26-cv-04493-PKC**

Dear Judge Castel:

This office represents Defendants Prime Data Centers, LLC, Nicholas Laag, and Ulrich Pelz ("Defendants") in the above referenced matter. Defendants, with the consent of Plaintiffs respectfully submit this letter-motion to request an adjournment of the initial pretrial conference currently scheduled for September 1, 2026. Prior to the conference being scheduled, lead counsel for Defendants agreed to present at an industry conference in Saratoga, New York and recently learned that the speaking time is the morning of September 1. The parties did confer and are available on the morning of September 2, or the afternoon of September 8 or 9. This is the first request for an adjournment. Plaintiff consents to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

William J. Anthony

cc: All Counsel of Record (via ECF)

WJA:wr