**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JAMES MAXWELL and JOSEPH PATITO,

Plaintiffs,

v.

PRIME DATA CENTERS, LLC, DATA REALTY HOLDINGS CORP., NICHOLAS LAAG and ULRICH PELZ,

Defendants.

Case No. 1:26-cv-04493-PKC

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon Defendant's Memorandum of Law in Support of its Motion to Dismiss, dated November 6, 2026, and upon all prior pleadings and proceedings, Defendants, Prime Data Centers, LLC, Nicholas Laag, and Ulrich Pelz, and for Data Realty Holdings Corp. for the limited purpose of contesting personal jurisdiction move this Court, before the Honorable P. Kevin Castel, United States District Judge, Southern District of New York, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, on a date and time to be determined by the Court, for an order and judgment, granting Defendants' Motion to Dismiss the second through tenth causes of action and all claims against Data Realty Holdings in Plaintiff's complaint and for such other and further relief as the Court may deem just and proper.

Dated: November 6, 2026
New York, New York

LITTLER MENDELSON, P.C.

*/s/ William J. Anthony*

William J. Anthony
Jamie Haar
James F. Bryton
900 Third Avenue
New York, New York 10022-3298
212.583.9600
WAnthony@littler.com
JHaar@littler.com
JBryton@littler.com

*Attorneys for Prime Data Centers, LLC, Nicholas Laag, and Ulrich Pelz, and for Data Realty Holdings Corp. for the limited purpose of contesting personal jurisdiction*